170 A.3d 945

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.W.L., DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000855–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 945

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. L.F.S., DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001805–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.